UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shuangxi Zhang, | Case No. 1:25-cv-10942 |
| Plaintiff, | |
| | JURY TRIAL DEMANDED |
| v. | |
| KALIYADI, AWGSEE, KUGUAOK, XINGYANGXIXIANG, OUTDOORKING, nssiw, and OUKEMAX, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CASE UNDER SEAL**

Plaintiff Shuangxi Zhang ("Plaintiff") requests leave to file this case under seal.

In this action, Plaintiff is intending to request ex parte temporary relief based on an action for patent infringement. Sealing this case is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, thus frustrating the purpose of the underlying litigation and this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal this case.

Plaintiff is aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the seventh day following the date of filing.

Respectfully submitted,

DATED: September 10, 2025     **SHM LAW FIRM**

By:    */s/Qianwu Yang*
QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

*Attorney for Plaintiff Shuangxi Zhang*

1