Shuangxi Zhang

                    Plaintiff,

v.                                          Case No.: 1:25−cv−10942
                                            Honorable Matthew F. Kennelly

KALIYADI, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

        MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's lead counsel who was absent from the TRO hearing has filed a motion to clarify the Court's ruling. The better course would be to order the transcript of the hearing. Suffice it to say that the Court was unpersuaded at this point of the likelihood of success on infringement of plaintiff's design patent given the likely narrow reading of the scope of the patent in light of the claimed prior art. The Court's intention, as indicated by the absence of a limitation in its order, was and is to deny the motion for a TRO as to all defendants−−as the Court stated, without prejudice to a motion for preliminary injunction. The motion to clarify [32] is therefore denied. The Court will deal separately with the motion for electronic service but needs from plaintiff's counsel a draft order specific to that motion to be sent to Judge Kennelly's proposed order e−mail address in Word format. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.