**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Shuangxi Zhang, | Case No. 1:25-cv-10942 |
| Plaintiff, | Judge: Matthew F. Kennelly |
| v. | |
| KALIYADI, AWGSEE, KUGUAOK, XINGYANGXIXIANG, OUTDOORKING, nssiw, and OUKEMAX, | |
| Defendants. | |

**ORDER REGARDING EMAIL SERVICE**

Plaintiff Shuangxi Zhang ("Plaintiff") filed a Motion for Service of Process by Email (Dkt. 16). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motions as follows:

1. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website and with all relevant documents as attachments to an e-mail addresses for each Defendant. The Clerk of the Court is directed to issue an original summons that shall apply to Defendants. The combination of providing notice via electronic publication and e-mail, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

2. Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

Dated: October 31, 2025

_____
United States District Judge
Matthew F. Kennelly