UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shuangxi Zhang,<br><br>Plaintiff,<br><br>v.<br><br>KALIYADI, AWGSEE, KUGUAOK, XINGYANGXIXIANG, OUTDOORKING, nssiw, and OUKEMAX,<br><br>Defendants. | Case No. 1:25-cv-10942<br><br>Judge: Matthew F. Kennelly<br>Magistrate Judge: Beth W. Jantz |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT**

**PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shuangxi Zhang voluntarily dismisses this entire case without prejudice.

All claims asserted by Plaintiff against all Defendants are hereby dismissed.

Respectfully submitted,

DATED: December 15, 2025          **SHM LAW FIRM**

By:      */s/Qianwu Yang*

1

QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

*Attorney for Plaintiff*
Shuangxi Zhang

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.


Dated: December 15, 2025


/s/Qianwu Yang

Qianwu Yang